In the Matter of the Application of the BOARD OF EDUCATION OF THE CITY AND CITY SCHOOL DISTRICT OF NEW YORK, Appellant, for a Writ of Mandamus against CHARLES L. CRAIG, as Comptroller of the City of New York, et al., Respondents.

*New York city — mandamus to compel comptroller to pay liabilities incurred by board of education in excess of appropriation out of unexpended balances of appropriations for former years.*

*Matter of Bd. of Education of City and City School District of New York* v. *Craig*, 196 App. Div. 892, affirmed.

(Argued April 20, 1921; decided May 10, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 24, 1921, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendants to audit and pay certain liabilities incurred by the board of education in excess of the appropriations in the year 1918 out of moneys alleged to have been appropriated by the board of estimate and apportionment of the city of New York in a certain resolution adopted July 30, 1920, and set forth in the petition purporting - to " appropriate "

unexpended balances in the appropriations made for the board of education in the years of 1912, 1913, 1914, 1915, 1916 and 1917, for the specific purposes of those respective years, to meet liabilities incurred by the board of education in the year 1918 in excess of its appropriations and to provide for increasing expenditures in its transportation appropriation for the year 1919, for the reconstruction of the Manual Training High School in the borough of Brooklyn, not requested nor provided for in its budget for 1920; to provide compensation for substitutes employed by the board of education after the return of military absentees, and to provide for private secretaries to various members of the board of education, the employment of whom was not authorized, and for whom no appropriation was made in the annual budget of 1920, and for the maintenance of pianos and organs in the year 1920. The moneys thus sought to be used or " appropriated " are the unexpended balances of appropriations made in the years above mentioned for such purposes as lecturers' fees, salaries of employees in the secretary and superintendent's offices, wages for the employment of workmen to make repairs, fuel supplies, office supplies, motor vehicle supplies, rental of burglar alarms, wearing apparel for truant schools, experiment work in vocational training, janitorial compensation, etc.

*John P. O'Brien, Corporation Counsel* (*William E. C. Mayer* and *John F. O'Brien* of counsel), for appellant.

*Charles L. Craig* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.